IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ORLANDO BAEz, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DR. KOSERIOWSKI; DR. EAKIN; DR FELIPE )<br>ARIAS, *Medical Director;* DR. CUSICK; DR. )<br>STEFANIC; MYRON STANSHEFSKI, *C.H.C.A.* )<br>*Director*; JULIE KNAUER, *C.H.C.A. Medical* )<br>*Supervisor*; WENDY MOYER, *Grievance* )<br>*Coordinator Director*; THOMAS STACHELECK, )<br>*Supervisor Medical Department*; J.K. MURRAY, )<br>*Deputy Superintendent for Facilities Management*; )<br>GARY OLINGER, *P.R.C. Member and Corrections* )<br>*Classification and Programs Manager*; CHERIAN )<br>JOSEPH, *Psychologist*; RICHARD VOYTKO, *Unit* )<br>*Manager*; N. HARMON CRUP, *Physician* )<br>*Assistant*; FRANK MASINO, *Physician Assistant* )<br>*Nurse*; SUPERINTENDENT DAVID )<br>DIGUGLIELMO; SHARON BURKS, *Chief* )<br>*Grievance/Appeals Officer*; CLIFFORD O'HARA, )<br>*Director of Professional Responsibility*; DONALD )<br>VAUGHN, *Secretary of Corrections*; JEFFREY )<br>BEARD, *Secretary of Corrections*; JAMES )<br>OPLAKA, *Lieutenant*; J. BAKER, *Unit Manager*; )<br>*All in their individual capacity and official capacity*, )<br>)<br>Defendants. ) | Civil Action No. 06 - 408<br><br>Judge Terrence F. McVerry /<br>Magistrate Judge Lisa Pupo<br>Lenihan |

### **ORDER**

The Plaintiff in the above captioned case filed an inmate account statement on March 7, 2006, as required for consideration of his Motion to Proceed In Forma Pauperis.  Plaintiff also filed a Motion to Withdraw (Doc. No. 14) on May 5, 2006.  Both documents, however, were filed at the incorrect civil action number.  Therefore,

**IT IS ORDERED** this 31st day of May, 2006, that the Clerk of Court shall file Mr. Orlando Baez's Prisoner Account Statement and Motion to Withdraw, both incorrectly filed at civil action number 06 - 43, at this civil action number.  The documents shall be considered filed the day they were received by the Clerk.

**IT IS FURTHER ORDERED** that Plaintiff Orlando Baez shall file all future pleadings at civil action number 06 - 408.

**IT IS FURTHER ORDERED** that Plaintiff is allowed ten (10) days from this date to appeal this order to a district judge pursuant to Rule 72.1.3(B) of the Local Rules for Magistrates.  Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

  s/Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge

cc:    Orlando Baez
CB-3721
175 Progress Drive
SCI GREENE
Waynesburg, PA 15370

2